## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**L.A. BAILEY**,

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**                                             **No. 11-0843-DRH**

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Bailey's motion for extension of time due to transfer status (Doc. 6).  Specifically, Bailey requests an extension of time to respond to the government's response as he is being transferred to FCI Marion.  Bailey states that he will forward a letter to the Clerk's office once he arrives at FCI Marion.  Said motion is **GRANTED**.  The Court **ALLOWS** Bailey fourteen days from the date the government files its response brief to file his reply brief.  The Court notes that as of this date the government has not responded to the Bailey's 28 U.S.C. § 2255 petition as the government's brief is not due until August 3, 2012 (Doc. 5).

**IT IS SO ORDERED.**

Signed this 27th day of February, 2012.

Digitally signed by David
R. Herndon
Date: 2012.06.27 10:30:42
-05'00'

**Chief Judge**
**United States District Court**