IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

L.A. BAILEY,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                  No. 11-cv-843-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 3, 2013, Petitioner's Motion is **DENIED** and Petitioner's claims are **DISMISSED** with prejudice.

                    NANCY J. ROSENSTENGEL,
                    CLERK OF COURT

                    BY: s/*Sara Jennings*
                          **Deputy Clerk**

Dated: May 3, 2013

Digitally signed by David R. Herndon
Date: 2013.05.03 11:43:38 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT